Greg GIVENS, Plaintiff—Appellant,

v.

MAIN STREET FINANCIAL SER-
VICES CORPORATION, Holding
company for Main Street Bank; Re-
becca Randolph; Richard Lucas; Wil-
liam Criswell; Kevin Gessler; Keith
C. Gamble; Pullin, Fowler, Flanagan,
Brown & Poe, PLLC; City of Wheel-
ing, West Virginia, individually and
collectively, Defendants—Appellees.

No. 10–1919.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 18, 2011.

Greg Givens, Appellant Pro Se. Keith
C. Gamble, Pullin, Fowler, Flanagan,
Brown & Poe, PLLC, Morgantown, West
Virginia; Lee Murray Hall, Arnold John
Janicker, Nathaniel Adam Kuratomi, Jen-
kins Fenstermaker, PLLC, Huntington,
West Virginia, for Appellees.

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens seeks to appeal the district court's order denying his motion to change venue. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Givens seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Givens' motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*